**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01111-CMA-MEH

MARIO SANCHEZ,

    Plaintiff,

v.

STELLAR RECOVERY, INC., a Florida corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) the Stipulation Of Dismissal With Prejudice (Doc. # 15) signed by the attorneys for the parties hereto it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney's fees and costs.

DATED at Denver, Colorado, this  30th   day of June, 2011.

                                              BY THE COURT:

                                              *[signature: Christine M. Arguello]*

                                              CHRISTINE M. ARGUELLO
                                              United States District Court Judge